In The United States District Court For The Sixth Circuit

Gino Antonio Solomon, II
Appellant

v.

United States of America
Appellee



Criminal No.# 15-cr-20201

### Affidavit of Truth or Lawful Facts of The RICO Conspiracy Jurisdiction

I would like to know how can I be charged with RICO conspiracy 18 USC § 1962(d) when I never committed any criminal acts to reaffirm membership in this conspiracy. We know from Maddox that "a person who does absolutely nothing to further the conspiracy or to reaffirm membership in it after his eighteenth birthday cannot be held criminally liable as an adult in federal court." Maddox, 944 F.2d at 1233. The law is clear that when the government charges a defendant with participation in an age-of-majority-spanning conspiracy the government must prove that the defendant "ratified" his participation in the conspiracy after he turned eighteen, and the defendant's liability may not be premised on his conduct as a minor. Maddox, 944 F.2d at 1233. It is clear that I was charged with RICO conspiracy for pre-eighteen conduct.

Respectfully Submitted
Gino A. Solomon
Gino A. Solomon II

Gino A. Solomon II #54255-039
U.S.P. - Pollock
P.O. Box 2099
Pollock, LA 71467

Clerk of Court
United States District Court
Eastern District of Michigan
231 West Lafayette BLVD.
Det, MI 48226

48226-279299

SHREVEPORT LA 710
07 JAN 2019 PM 1 L

RECEIVED
JAN 11 2019
U.S. CLERKS OFFICE
DISTRICT COURT

1/1/19